**IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Jerome Torstenson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Department of Veteran Affairs and | ) | |
| Marco Marsella, | ) | Case No. 1:07-cv-041 |
| | ) | |
| Defendants. | ) | |

_____

On March 27, 2008, the parties filed a Stipulation For Extension of Time for Plaintiff's Response to United States of America's Interrogatories and Request for Production of Documents. The court **ADOPTS** the parties stipulation and **ORDERS** that the Plaintiff shall have until April 18, 2008 to serve his responses to Defendant United States of America's Interrogatories and Request for Production of Documents.

Dated this 28th day of March, 2008.

                                                              */s/ Charles S. Miller, Jr.*
                                                              Charles S. Miller, Jr., Magistrate Judge
                                                              United States District Court